ALEXANDER M. DUDELSON, ESQ. (AD4809)
26 Court Street - Suite 2306
Brooklyn, New York 11242
718-855-5100
718-624-9552 Fax
Email: adesq@aol.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COMMODITY FUTURES TRADING              1:18-cv-7895 (GHW)
COMMISSION,
                                                                        NOTICE OF MOTION
                            Plaintiff,

        -against-

JASON AMADA and AMADA CAPITAL
MANAGEMENT LLC,

                            Defendant
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of Alexander M. Dudelson, dated October 22, 2018, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Stay of this Action, dated October 22, 2018; and upon all prior pleadings and proceeding had herein, Defendants Jason Amada and Amada Capital Management LLC will move this Court before the Honorable Gregory H. Woods, United States District Judge, at the Unites States Courthouse for the Southern District of New York, located at United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order staying this civil action as against the defendants pending resolution in the indictment and attendant criminal proceeding: People v. Jason Amada, Indictment No.: 3017-2018, Supreme Court, New York County; and for such other and further relief as the Court may deem just and

proper.

Dated: Brooklyn, New York
         October 22, 2018

                                             /s/ Alexander M. Dudelson
                                             ALEXANDER M. DUDELSON, ESQ. (AD4809)
                                             *Attorney for Plaintiff*
                                             26 Court Street - Suite 2306
                                             Brooklyn, New York 11242
                                             (718) 855-5100

To:

**Via ECF**
Nicholas Sloey, Esq.
Rachel A. Hayes, Esq.
Peter L. Riggs, Esq.