LAW OFFICES OF

# ALEXANDER M. DUDELSON

ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100    FAX (718) 624-9552

OF COUNSEL

LOUIS R. ROSENTHAL

GEORGE H. VALLARIO, JR.

FABIAN G. PALOMINO
(1924 - 2014)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

December 20, 2019

Hon. Gregory H. Woods, U.S.D.J.
United State District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:    *Commodity Futures Trading Commission v. Amada, et al.*
          *18-cv-07895 (GHW)*

Your Honor:

I am the attorney for Jason Amada and Amada Capital Management LLC, the defendants
in the above referenced matter.  On April 24, 2019, Your Honor granted the defendants a stay
through July 30, 2019.  (Dkt. No. 51).  Your Honor further directed that no later than July 23,
2019, the parties may submit a joint status letter requesting that the stay be extended.  On July
23, 2019, the parties jointly requested that the stay be granted for an additional (90) days.  Your
Honor granted the application in part by extending the stay until August 26, 2019.  (Dkt. No. 55).
On August 20, 2019, Your Honor extended the stay to October 25, 2019.  (Dkt. No. 57).
Thereafter, on October 21, 2019, Your Honor extended the stay to December 27, 2019.  (Dkt.
No. 59).  Your Honor further directed that any further request for a stay must be made by
December 20, 2019.

As indicated in previous correspondence, the defendant entered a plea on guilty to Grand
Larceny in the Second Degree, a class C Felony, before Hon. Maxwell Wiley, J.S.C.  On
November 19, 2019, I received a proposed Consent Order from plaintiff's counsel and forwarded
same to the defendant for his review.  On November 20, 2019, the defendant was sentenced to
three to six years in prison.  On that day, the defendant was taken into custody and sent to Rikers
Island.  On November 27, 2019, I received a revised Consent Order from plaintiff's counsel,
which was forwarded to the plaintiff at Rikers Island.  However, the plaintiff was then transferred
to Ulster Correctional Facility, where he is currently being held.

Based on the above, the defendant hereby requests an additional (30) day stay to have the
paperwork in this proceeding finalized.  I making this application on the consent of Nicholas

-1-

Sloey, Esq., counsel to plaintiff Commodity Futures Trading Commission.  Thank you for your consideration.

<div style="margin-left: 40%">

Very truly yours,

/S/
Alexander M. Dudelson (AD4809)

</div>

cc:
**Via ECF:**
Nicholas Sloey, Esq.
Rachel A. Hayes, Esq.


Application granted.  The stay is extended through January 27, 2020. In the event the parties wish to request a further stay, such a request must be submitted by letter no later than January 20, 2020.

SO ORDERED.

Dated:  December 23, 2019
New York, New York

<div style="margin-left: 40%">

_____
GREGORY H. WOODS
United States District Judge

</div>